1    Brett L. Gibbs, Esq. (SBN 251000)
     Steele Hansmeier PLLC.
2    38 Miller Avenue, #263
     Mill Valley, CA 94941
3    415-325-5900
     blgibbs@wefightpiracy.com
4
     *Attorney for Plaintiff*
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10

11
     MCGIP, LLC,                          )      **No. C-11-03679 EJD**
12                                        )
                  Plaintiff,              )      **NOTICE OF VOLUNTARY DISMISSAL**
13          v.                            )      **OF ACTION WITHOUT PREJUDICE**
                                          )      **AND JUDGMENT**
14   DOES 1-26,                           )
                                          )
15                Defendants.             )
                                          )
16   _____ )

17        **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

18

19        **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1),

20   Plaintiff voluntary dismisses this action in its entirety without prejudice.

21        In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining

22
     in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary
23
     judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.
24
25   //

26   //

27   //

28   //

1    Plaintiff prays that the Court enter a judgment reflecting the above.

2

3        Respectfully Submitted,

4
                                           STEELE HANSMEIER PLLC,
5
**DATED: September 29, 2011**
6

7                                   By:      /s/  Brett L. Gibbs, Esq.

8                                     Brett L. Gibbs, Esq. (SBN 251000)
                                      Steele Hansmeier PLLC.
9                                     38 Miller Avenue, #263
                                      Mill Valley, CA 94941
10                                    blgibbs@wefightpiracy.com
                                      *Attorney for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE      No. C-11-03679 EJD

1

## CERTIFICATE OF SERVICE

2

3

4

The undersigned hereby certifies that on September 29, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

5

6

7

/s/  Brett L. Gibbs
Brett L. Gibbs, Esq.

8

9

10

11

IT IS SO ORDERED.

12

For good cause shown, judgment is entered accordingly.  The Clerk shall close this file.

13

14

Dated: September 30, 2011

Edward J. Davila

United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3